**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ricardo RUIZ, Defendant—Appellant.**

**No. 10–50169.**

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 15, 2011.*

Filed March 8, 2011.

Sara J. O'Connell, Assistant U.S., U.S. Department of Justice, San Diego, CA, for Plaintiff–Appellee.

Ricardo Ruiz, pro se.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Ricardo Ruiz appeals pro se from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion to reduce his sentence and, in the alternative, construing his motion as a 28 U.S.C. § 2255 motion and denying the same. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

To the extent that Ruiz challenges the district court's denial of his § 3582(c)(2) motion, his appeal lacks merit because he fails to demonstrate that his sentence is based on a sentencing range that has subsequently been lowered by the Sentencing Commission, as required by § 3582(c)(2). *See United States v. Leniear,* 574 F.3d 668, 673 (9th Cir.2009); *see also United States v. Paulk,* 569 F.3d 1094, 1095–96 (9th Cir.2009) (per curiam).

To the extent that Ruiz appeals from the district court's denial of a § 2255 motion, we construe his notice of appeal as a request for a certificate of appealability on the issues in his opening brief. So construed, the request is denied. *See* 9th Cir. R. 22–1(e); *see also Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.